DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE GOMEZ,**
Appellant,

v.

**ALLIED PROPERTY & CASUALTY INSURANCE COMPANY, JUDY MICHELE RILEY** a/k/a **JUDY MICHELE CRENSHAW,** a/k/a **JUDY MICHELE SIMMONS** and **MARKWONDA LARSHAY CRENSHAW,** as Personal Representative of the Estate of **MARCASIA LASHAY CRENSHAW ,**
Appellees.

No. 4D21-1283

[May 5, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Paige Hardy Gillman, Judge; L.T. Case No. 502019CA011811.

Jose G. Rodriguez of Jose G. Rodriguez, P.A., West Palm Beach, Diego C. Asencio of Diego C. Asencio, P.A., Palm Beach Gardens and Philip M. Burlington and Nichole J. Segal of Burlington & Rockenbach, P.A., West Palm Beach, for appellant.

Sarah Lahlou-Amine of Banker Lopez Gasser, P.A., Tampa, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CIKLIN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***